UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATTEL, INC., d/b/a AMEICANGIRL.COM<br><br>　　　　Defendant. | Case No. 2:21-cv-2577<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Michelle Tenzer-Fuchs hereby dismisses this action, and each cause of action asserted therein, with prejudice.

Dated:  July 7, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SHALOM LAW PLLC

　　　　　　　　　　　　　　　　　　　　By:  /s/*Jonathan Shalom*
　　　　　　　　　　　　　　　　　　　　Jonathan Shalom, Esq.

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1