**FILED**
**CLERK**

10:26 am, Jul 08, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

MATTEL, INC., d/b/a AMEICANGIRL.COM

    Defendant.

---

Case No. 2:21-cv-2577

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Michelle Tenzer-Fuchs hereby dismisses this action, and each cause of action asserted therein, with prejudice.

Dated: July 7, 2021

Respectfully submitted,

SHALOM LAW PLLC

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.

Attorneys for Plaintiff

Dated: 7/8/2021
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

1